IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WHITE, | : | Civil No. 1:22-CV-01173 |
| Plaintiff, | : | |
| v. | : | |
| TUCKER FREY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of July, 2023, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendants' motion to dismiss the complaint for failure to state a claim, Doc. 20, is **GRANTED** in part and **DENIED** in part.

2. The Eighth Amendment claim is **DISMISSED** with prejudice.

3. The deliberate indifference to a serious medical need claims against Defendants Murphy and Fox are **DISMISSED** without prejudice.

4. The excessive force claim against Defendants Frey and Thomas is not dismissed.

5. The excessive force claim against Defendant Gehr is **DISMISSED** without prejudice.

6. The claims against Lycoming County are **DISMISSED** without prejudice.

7. The First Amendment retaliation claim against Defendant Frey is not dismissed.

1

8. All other First Amendment claims are **DISMISSED** without prejudice.

9. All Fourth Amendment claims are **DISMISSED** without prejudice.

10. All Sixth Amendment claims are **DISMISSED** without prejudice.

11. All claims under the Pennsylvania Constitution are **DISMISSED** without prejudice.

12. Defendants' request to strike Plaintiff's prayer for punitive damages is **DENIED**.

13. Petitioner is granted leave to file an amended complaint. He shall file an amended complaint within **thirty (30) days** of the date of this order.[1]

14. The Clerk of the Court will forward Petitioner two (2) copies of the court's civil complaint form for his use in drafting the amended complaint.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will proceed on the remaining claims. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).